1  KENNETH G. HAUSMAN (No. 57252)
   khausman@howardrice.com
2  CLARA J. SHIN (No. 214809)
   cshin@howardrice.com
3  EMILY H. WOOD (No. 260382)
   ewood@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY FALK
       & RABKIN PC
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/677-6262

8  Attorneys for Defendants
   KURT S. HOVAN, LISA B. HOVAN and HOVAN
9  CAPITAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. CV11 4795 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT AND POSTPONE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| KURT S. HOVAN, LISA B. HOVAN, EDWARD J. HOVAN, JR., and HOVAN CAPITAL MANAGEMENT, LLC, | |
| Defendants. | Complaint Filed: Sept. 28, 2011 |

1     WHEREAS, the Securities and Exchange Commission ("SEC") filed the above-captioned
2 action on September 28, 2011 against Defendants Kurt S. Hovan, Lisa B. Hovan, Edward J. Hovan,
3 and Hovan Capital Management, LLC (collectively, "Defendants");

4     WHEREAS, the parties filed a stipulation on November 23, 2011 to extend Defendants' time
5 to respond to the Complaint until January 3, 2011 (Docket No.18);

6     WHEREAS, the Defendants believe that an additional extension is appropriate and necessary
7 to coordinate this action with related criminal proceedings, and the SEC does not object to such an
8 extension. The parties have met and conferred and agree to extend the time for Defendants to
9 respond to the Complaint to February 3, 2012 and set the case management conference on February
10 16, 2012 after Defendants have filed their response or as soon thereafter as available;

11     NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
12 request that the Court enter an Order as follows:

13     1.     Defendants shall file their response to the Complaint on or before <u>February 3, 2012</u>;

14     2.     The case management conference shall be moved to <u>February 16, 2012</u>, ~~or as soon~~
15 ~~thereafter as available~~.

16 **IT IS SO STIPULATED.**

17 DATED: December 22, 2011.

Respectfully,

KENNETH G. HAUSMAN
CLARA J. SHIN
EMILY H. WOOD
HOWARD RICE NEMEROVSKI CANADY FALK &
    RABKIN PC
A Professional Corporation


By:     */s/Emily H. Wood*
        EMILY H. WOOD

Attorneys for Defendants KURT S. HOVAN,
LISA B. HOVAN and HOVAN CAPITAL
MANAGEMENT, LLC

STIP. & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND     CV11-4795 RS
-1-

DATED: December 22, 2011.

        Respectfully,

MARC J. FAGEL
MICHAEL S. DICKE
SUSAN F. LAMARCA
ROBERT S. LEACH
KAREN KREUZKAMP
SECURITIES AND EXCHANGE COMMISSION

By: _____*/s/Karen Kreuzkamp*_____
      KAREN KREUZKAMP

Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED: __12/22_____, 2011.  _____
      HON. RICHARD SEEBORG
      UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND     CV11-4795 RS

-2-

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Emily H. Wood, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a conformed signature (/s/) within this electronically-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December, 2011, at San Francisco, California

>                EMILY H. WOOD
>                HOWARD RICE NEMEROVSKI CANADY FALK &
>                   RABKIN PC
>                A Professional Corporation
>
>                By:        */s/Emily H. Wood*
>                              EMILY H. WOOD
>
>                Attorneys for Defendants KURT S. HOVAN,
>                LISA B. HOVAN and HOVAN CAPITAL
>                MANAGEMENT, LLC