# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**KURT HOVAN, ET AL**<br><br>    **Defendants.** | **Case No.: C11-4795 RS (KAW)**<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to Magistrate Judge Kandis A. Westmore for settlement purposes. You are hereby notified that a settlement conference is scheduled for September 19, 2012, at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612. For courtroom number and floor information, please check the Court's online calendar at http://www.cand.uscourts.gov or call Judge Westmore's Courtroom Deputy, Susan Imbriani, at (510) 637-3525, one week prior to the scheduled settlement conference.

The parties shall comply with Judge Westmore's Settlement Conference Standing Order, available online at http://cand.uscourts.gov/kaworders. Any failure to comply with the requirements of this Order may subject the parties and/or counsel to sanctions.

    IT IS SO ORDERED.

DATE:  August 24, 2012                              _____
                                                                                  KANDIS A. WESTMORE
                                                                                  United States Magistrate Judge