MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
KAREN KREUZKAMP (Cal. Bar No. 246191)
  kreuzkampk@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-11-4795-RS |
| Plaintiff, | [~~PROPPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE |
| v. | |
| KURT S. HOVAN, LISA B. HOVAN, EDWARD J. HOVAN, JR., and HOVAN CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |

This matter came before the Court on the Securities and Exchange Commission's administrative motion to continue the hearing currently scheduled for November 29, 2012 to show cause why this case should not be dismissed, based upon an atniticpated settlement.

For good cause show, the Commission's motion is hereby GRANTED.

1   IT IS HEREBY ORDERED that the parties are required to appear before the Court on
2   January 17, 2013, at 1:30 p.m., Courtroom 3, 17th Floor, 450 Golden Gate Ave., San Francisco, CA,
3   to show cause why this case should not be dismissed, unless this case is dismissed prior to that time.

    IT IS SO ORDERED.

DATED:   11/20/12

_____
UNITED STATES DISTRICT JUDGE